# SEALED


FILED
MAY 03 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A 2014 BLACK LINCOLN SEDAN WITH CA LICENSE PLATE 7ZSM535 AND VIN 3LN6L2GK5ER809145 | CASE NO. 2:19-SW-376 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: 5/3/19

_____
Hon. Allison Claire
United States Magistrate Judge